# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136694 & (59)(62)

CONSTANCE JACKSON-RUFFIN,
      Plaintiff-Appellee,

v

                                   SC: 136694
                                   COA: 276144
                                   Wayne CC: 05-504665-NI

METRO CARS, INC.,
      Defendant-Appellant.

_____/

      On order of the Court, the motions for leave to file brief amicus curiae and for miscellaneous relief are GRANTED. The application for leave to appeal the May 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2008                                     
                                           Clerk

d1015